| | |
|---|---|
| 1 | ALLEN RUBY (SBN 47109) |
| | RAOUL D. KENNEDY (SBN 40892) |
| 2 | JAMES P. SCHAEFER (SBN 250417) |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 3 | 525 University Avenue, Suite 1400 |
| | Palo Alto, CA 94301 |
| 4 | Telephone: (650) 470-4500 |
| | Facsimile: (650) 470-4570 |
| 5 | allen.ruby@skadden.com |
| | raoul.kennedy@skadden.com |
| 6 | james.schaefer@skadden.com |
| 7 | Attorneys for Plaintiff |
| | INTUITIVE SURGICAL, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTUITIVE SURGICAL, INC., | CASE NO.: 5:15-cv-4834-JST |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME TO FILE OPPOSITION AND REPLY BRIEFS AND CONTINUE HEARING (DEFENDANT NAVIGATORS SPECIALTY INSURANCE CO.'S MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(6)); and** |
| v. | |
| ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation; NAVIGATORS SPECIALTY INSURANCE CO., a New York corporation | |
| Defendants. | **[PROPOSED] ORDER** |
| | Hearing Date: February 11, 2016 |
| | Time: 2 p.m. |
| | Courtroom: 9, 19th Floor |
| | Judge: Hon. Jon S. Tigar |

Plaintiff Intuitive Surgical Inc. ("Intuitive") and Defendant Navigators Specialty Insurance Company ("Navigators") jointly stipulate, pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, to extend the time to file any opposition and reply brief regarding Navigators' Motion to Dismiss Complaint Pursuant to FRCP 12(b)(6) (Dkt. 13) (the "Motion to Dismiss").

WHEREAS, on December 18, 2015, Navigators filed its Motion to Dismiss and set the motion for hearing on February 4, 2016;

WHEREAS, the Court continued the hearing for Navigators' Motion to Dismiss from February 4, 2016 to February 11, 2016;

WHEREAS, as currently scheduled, Intuitive's opposition to Navigators' Motion to Dismiss would be due January 4, 2016 and Navigators' reply would be due January 11, 2016;

WHEREAS, given the pending holidays, Intuitive requested a one week extension to respond to Navigators' Motion to Dismiss, to which Navigators agreed;

Now therefore, the parties, through the undersigned counsel, hereby stipulate as follows:

- that the deadline for filing any opposition to Navigators' Motion to Dismiss be extended to January 11, 2016;
- that the deadline for filing any reply in support of Navigators' Motion to Dismiss be extended to January 25, 2016;

DATED: December 21, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:    /s/ James P. Schaefer
Attorneys for Plaintiff
INTUITIVE SURGICAL, INC.

HINSHAW & CULBERTSON LLP

By:    /s/ Peter Felsenfeld
Attorneys for Defendant
NAVIGATORS SPECIALTY INSURANCE COMPANY

1  Pursuant to Civil Local Rule 5-1(i), the filer attests that concurrence in the filing of this
2  document has been obtained from the signatories above.
3                                                                     _____*/s/  James P. Schaefer*_____
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS ORDERED THAT:

1. the deadline for filing any opposition to Navigators' Motion to Dismiss Complaint Pursuant to FRCP 12(b)(6) ("Motion to Dismiss") be extended to January 11, 2016;
2. the deadline for filing any reply in support of Navigators' Motion to Dismiss be extended to January 25, 2016.

**IT IS SO ORDERED.**

DATED: _____December 22_____, 2015

IT IS SO ORDERED

Judge Jon S. Tigar