1  ALLEN RUBY (SBN 47109)
   RAOUL D. KENNEDY (SBN 40892)
2  JAMES P. SCHAEFER (SBN 250417)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
3  525 University Avenue, Suite 1400
   Palo Alto, CA 94301
4  Telephone: (650) 470-4500
   Facsimile: (650) 470-4570
5  allen.ruby@skadden.com
   raoul.kennedy@skadden.com
6  james.schaefer@skadden.com

7  Attorneys for Plaintiff
   INTUITIVE SURGICAL, INC.
8

9                UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12 INTUITIVE SURGICAL, INC.,                CASE NO.: 3:15-cv-4834-JST

13             Plaintiff,                   **JOINT STIPULATION TO EXTEND TIME TO FILE OPPOSITION AND REPLY BRIEFS (DEFENDANT ILLINOIS UNION INSURANCE COMPANY'S MOTION TO DISMISS COMPLAINT); and**

14       v.

15 ILLINOIS UNION INSURANCE
   COMPANY, an Illinois corporation;
16 NAVIGATORS SPECIALTY INSURANCE
   CO., a New York corporation,
17                                          **[PROPOSED] ORDER.**
              Defendants.
18                                          Hearing Date: February 11, 2016
                                            Time:         2:00 p.m.
19                                          Courtroom:    9, 19th Floor
                                            Judge:        Hon. Jon S. Tigar

Plaintiff Intuitive Surgical, Inc. ("Intuitive") and Defendant Illinois Union Insurance Company ("Illinois Union") jointly stipulate, pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, to extend the time to file any opposition and reply briefs regarding Illinois Union's Motion to Dismiss Complaint (Dkt. 16) (the "Motion to Dismiss").

WHEREAS, on December 21, 2015, Illinois Union filed its Motion to Dismiss and set the motion for hearing on February 11, 2016;

WHEREAS, as currently scheduled, Intuitive's opposition to Illinois Union's Motion to Dismiss would be due January 4, 2016 and Illinois Union's reply would be due January 11, 2016;

WHEREAS, given the pending holidays, Intuitive requested a one-week extension to respond to Illinois Union's Motion to Dismiss, to which Illinois Union agreed;

Now therefore, the parties, through the undersigned counsel, hereby stipulate as follows:

- that the deadline for filing any opposition to Illinois Union's Motion to Dismiss be extended to January 11, 2016; and

- that the deadline for filing any reply in support of Illinois Union's Motion to Dismiss be extended to January 25, 2016.

DATED: December 22, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:     /s/ James Schaefer
Attorneys for Plaintiff
INTUITIVE SURGICAL, INC.

COZEN O'CONNOR

By:     /s/ Charles Wheeler
Attorneys for Defendant
ILLINOIS UNION INSURANCE COMPANY

Pursuant to Civil Local Rule 5-1(i), the filer attests that concurrence in the filing of this document has been obtained from the signatories above.

*/s/ James P. Schaefer*

**[PROPOSED] ORDER**

PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS ORDERED THAT:

1. the deadline for filing any opposition to Illinois Union's Motion to Dismiss be extended to January 11, 2016; and

2. the deadline for filing any reply in support of Illinois Union's Motion to Dismiss be extended to January 25, 2016.

**IT IS SO ORDERED.**

DATED: __December 23__, 2015

IT IS SO ORDERED

Judge Jon S. Tigar