1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| INTUITIVE SURGICAL, INC., | CASE NO.: 3:15-cv-04834-JST |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER DISMISSING CLAIM AGAINST NAVIGATORS WITH PREJUDICE** |
| v. | |
| ILLINOIS UNION INSURANCE COMPANY; NAVIGATORS SPECIALTY INSURANCE CO., | Complaint Filed: October 20, 2015 |
| Defendants. | Hon. Jon S. Tigar |

1  Pursuant to the Stipulated Request For Dismissal Of Claim Against Navigators With
2  Prejudice filed by Defendant Navigators Specialty Insurance Company ("Navigators") and Plaintiff
3  Intuitive Surgical, Inc. ("Intuitive"), the Court hereby orders that Intuitive's remaining breach of
4  contract claim for relief against Navigators is dismissed with prejudice.

5  This order has no effect on Intuitive's claims against Illinois Union Insurance Company.

6  IT IS SO ORDERED.

8  Dated:  September 15, 2016



_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE