
| | |
|---|---|
| ALLEN RUBY (SBN 47109)<br>allen.ruby@skadden.com<br>RAOUL D. KENNEDY (SBN 40892)<br>raoul.kennedy@skadden.com<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>525 University Avenue, Suite 1400<br>Palo Alto, California 94301<br>Telephone:   (650) 470-4500<br>Facsimile:    (650) 670-4570<br><br>Attorneys for Plaintiff<br>INTUITIVE SURGICAL, INC. | THOMAS M. JONES (Pro Hac Vice)<br>CHARLES E. WHEELER, SBN 82915<br>SEAN V. WALTON (Pro Hac Vice)<br>COZEN O'CONNOR<br>COZEN O'CONNOR<br>501 West Broadway, Suite 1610<br>San Diego, CA  92101<br>Telephone: 619.234.1700<br>Facsimile: 619.234.7831<br>tjones@cozen.com<br>cwheeler@cozen.com<br>swalton@cozen.com<br><br>Attorneys for Defendant<br>ILLINOIS UNION INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTUITIVE SURGICAL, INC., a Delaware corporation,<br><br>                                  Plaintiff,<br><br>            v.<br><br>ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation; NAVIGATORS SPECIALTY INSURANCE CO., a Delaware corporation,<br><br>                                  Defendants. | CASE NO.: 3:15-cv-04834-JST<br><br>**STIPULATED REQUEST FOR DISMISSAL OF INTUITIVE SURGICAL, INC.'S COMPLAINT AGAINST ILLINOIS UNION INSURANCE COMPANY WITH PREJUDICE**<br><br>Complaint Filed:  October 20, 2015<br><br>Hon. Jon S. Tigar |

Plaintiff Intuitive Surgical, Inc. ("Intuitive") and Defendant Illinois Union Insurance Company ("Illinois Union") respectfully submit this stipulated request for dismissal of Intuitive's Complaint For Breach Of Contract and Bad Faith ("Complaint") against Illinois Union with prejudice and state as follows:

The parties entered into a settlement agreement that completely resolves the litigation between them. Pursuant to the settlement agreement, the parties agreed to dismiss Intuitive's Complaint with prejudice. Each Party shall bear its own attorneys' fees and costs in this action.

The parties therefore request that the Court enter the [Proposed] Order submitted herewith dismissing Intuitive's Complaint against Illinois Union in Case No. 3:15-cv-04834-JST with prejudice.

Dated: June 13, 2017            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                */s/ Allen Ruby*
                                Allen Ruby
                                Attorneys for Intuitive Surgical, Inc.

Dated: June 13, 2017            COZEN O'CONNOR

                                */s/ Thomas M. Jones*
                                Thomas M. Jones
                                Attorneys For Illinois Union Insurance Company

Pursuant to Civil Local Rule 5-1(i), the filer attests that concurrence in the filing of this document has been obtained from the signatories above.

Dated: June 13, 2017            */s/ Thomas M. Jones*
                                Thomas M. Jones