UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTUITIVE SURGICAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation; NAVIGATORS SPECIALTY INSURANCE CO., a Delaware corporation,<br><br>Defendants.. | CASE NO.: 3:15-cv-04834-JST<br><br>**[PROPOSED] ORDER DISMISSING INTUITIVE SURGICAL, INC.'S COMPLAINT AGAINST ILLINOIS UNION INSURANCE COMPANY WITH PREJUDICE**<br><br>Complaint Filed: October 20, 2015<br><br>Hon. Jon S. Tigar |

| 1 | Pursuant to the Stipulated Request For Dismissal Of Intuitive Surgical, Inc.'s Complaint Against Illinois Union Insurance Company With Prejudice filed by Defendant Illinois Union Insurance Company ("Illinois Union") and Plaintiff Intuitive Surgical, Inc. ("Intuitive"), the Court hereby orders that Intuitive's Complaint For Breach of Contract and Bad Faith against Illinois Union is dismissed with prejudice. Each Party shall bear its own fees and costs. |

IT IS SO ORDERED.

Dated: June 13, 2017

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE